UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

    Plaintiff,

    v.

DOES 1 THROUGH 5,

    Defendants.
_____/

No. C 14-80280 MISC PJH

**JUDGMENT**

The court having dismissed plaintiff's complaint,

it is Ordered and Adjudged

that judgment is entered against plaintiff.

**IT IS SO ORDERED.**

Dated: December 23, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge